United States District Court
Southern District of Texas
**ENTERED**
November 01, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| MARTIN AGUILLON JR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:23-CV-00295 |
| | § | |
| BOBBY LUMPKIN, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Martin Aguillon Jr.'s action pursuant to 28 U.S.C. § 2254. After having reviewed said Report and Recommendation, the Court is of the opinion that the conclusions in the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Hacker's Report and Recommendation entered as Docket Entry No. 7 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the Report and Recommendation of United States Magistrate Judge Hacker, is of the opinion that the instant action be **CONSOLIDATED** with the Lead Action, Civil Action No. 7:23-CV-0266, and that the instant action be administratively **CLOSED.**

The Clerk shall send a copy of this Order to the Plaintiff and counsel for Defendant.

SO ORDERED November 1, 2023, at McAllen, Texas.

Randy Crane
Chief United States District Judge